IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | CIVIL ACTION NO. | 2:21-mc-1343 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| POOPSENDERS, | ) | | |
| *d.b.a.* POOPSENDERS.COM | ) | (*Electronically Filed*) | |
| | ) | | |
| Respondent. | ) | | |

## Declaration of Special Agent Sarah King

I, Sarah King, hereby state and declare:

1.     I am employed as a Special Agent with the U.S. Postal Service (USPS), Office of Inspector General (OIG). I have been a Special agent with the USPS OIG for 17.5 years. My duties include investigations of possible criminal and civil misconduct by employees of the USPS. I am making this declaration in support of a motion to enforce a subpoena to the company Poopsenders.com.

2.     The Office of Inspector General (OIG) is responsible for conducting independent audits and investigations of Postal Service programs and operations to identify and eliminate fraud and abuse. This authority includes investigation of misconduct by Postal Service employees. 39 C.F.R. 230 et seq.

3.     On November 27, 2019, OIG General Counsel Elizabeth Martin issued an OIG administrative subpoena under the authority of the Inspector General Act of 1978, 5 U.S.C. app. 3 § 6(a) (4), related to an investigation concerning continued harassment of Kari Crawford, Supervisor, USPS. The subpoena requested that the company Poopsenders.com produce records associated with a sales transaction that took place on or around October 15, 2019.

1

4.      On this date, the Respondent was served a copy of the subpoena via U.S. Postal Service mail to their listed P.O. Box, as well as electronically through their website: poopsenders.com.

5.      On July 21, 2020, OIG General Counsel Elizabeth Martin issued a second OIG administrative subpoena in hopes of compliance by the company Poopsenders.com.

6.      On July 30, 2020, the Respondent was physically served a copy of the second subpoena in person. **Attachment 1** is a copy of the request for these records.

7.      The matter under investigation in this case concerns harassment that includes offensive and derogatory text and voice mail messages, derogatory and offensive email and postings on social media and vandalism of property. The campaign of harassment included the anonymous mailing through the Postal Service of artificial feces.

8.      The subpoenaed records seek information that will assist in the investigation into alleged continued harassment of a Postal Service supervisor believed to be perpetrated by subordinate employees and the extent to which such conduct is occurring during working hours and utilizing Postal Service equipment and resources. The conduct under investigation is subject to various Michigan criminal statutes, including violation of Michigan Codified Law (MCL) 750.540E (Telecommunications Services-Malicious Use), MCL 750.411S2A (Unlawful Posting of Messages, MCL 750.41 li (Aggravated Stalking), and MCL 750.157a (Conspiracy to commit offense oflegal act in illegal manner; penalty), and other potential state statutes. The conduct under investigation also violates various provisions of the Employee and Labor Relations Manual (ELM) addressing employee conduct. ELM Chapter 665.16 (Conduct); 665.24 (Discrimination). The requested records will help identify the individual(s) engaging in the harassing behavior.

9.     The requested information is narrowly focused and limited to records pertaining to one transaction (order and payment) and will be instrumental in identifying the individuals involved in the harassing conduct and corroborate information from other sources regarding the responsible parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of November, 2021, at Grand Rapids, Michigan.

Sarah King
Special Agent
Office of Inspector General
United States Postal Service

4



OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

## PRODUCTION OF RECORDS IN RESPONSE TO A
## SUBPOENA DUCES TECUM ISSUED BY THE
## U.S. POSTAL SERVICE OFFICE OF INSPECTOR GENERAL

You have been served with an Office of Inspector General ("OIG") subpoena duces tecum issued under the Inspector General Act, 5 U.S.C. app. 3 § 6(a). This subpoena is enforceable by order of a federal district court. *Id.* To comply, electronically produce fully legible and complete copies to the email address specified in the subpoena. As an alternative to electronic production, you may mail the requested documents to Sarah King, Special Agent, at the following address: 51 Pennwood Place, Suite 300, Warrendale, PA 15086-6505. To arrange for this alternative, please call Sarah King at the number below prior to the subpoena's deadline for production.

The required items must be produced on or before the date and time specified in the subpoena. A person who has custody of the records must complete the enclosed certificate attesting that the records produced comply completely with the subpoena and that the records produced are copies of authentic and genuine original records. In addition, to minimize the likelihood of needing a representative from your company to appear in court, we request that you complete the enclosed *Declaration of Authentication of Business Records*, certifying the enclosed records are regularly conducted business records.

**This subpoena has been issued as part of an official law enforcement investigation. Therefore, you are hereby requested not to disclose the existence or contents of this subpoena to anyone.**

If you have any questions about this subpoena, please contact Special Agent Sarah King at (616) 284-0037 or Assistant Special Agent in Charge Jeffrey Arney at (312) 601-3909.

Attachments

**201868**

# UNITED STATES OF AMERICA
## UNITED STATES POSTAL SERVICE
## OFFICE OF INSPECTOR GENERAL

### SUBPOENA DUCES TECUM

TO:    John Santonastaso, President            VIA HAND OR MAIL
or Custodian of Records
Poopsenders.com/JD Infinity
2866 W. Bardonner Road
Gibsonia, PA 15044-8319

**PURSUANT TO THE AUTHORITY OF THE INSPECTOR GENERAL ACT OF 1978, AS AMENDED (5 U.S.C. app. 3), YOU ARE HEREBY COMMANDED TO PRODUCE ALL REQUESTED INFORMATION** in connection with an official investigation relating to a U.S. Postal Service employee's conduct.

**Specifically, please deliver** all requested items on the attached sheet, which is incorporated into this subpoena.

**To Special Agent Sarah King**, an official of the Office of Inspector General, electronically at sking@uspsoig.gov, or alternatively, by mail at 51 Pennwood Place, Suite 300, in the City of Warrendale, in the Commonwealth of Pennsylvania 15086-6505, on the 28th of August 2020, at 12:00 p.m.

Such information is necessary in the performance of the responsibility of the Inspector General under the Inspector General Act of 1978, as amended, to conduct and supervise audits, investigations, and other activities to promote economy, efficiency and effectiveness in the administration of, and to prevent and detect fraud and abuse in and relating to, the programs and operations of the United States Postal Service.

**U.S. Postal Service**
**Office of Inspector General**

**ELIZABETH P. MARTIN**
**GENERAL COUNSEL**

**Attachment**

**Required Documents**
**Subpoena Number: 201868**


TO:    John Santonastaso, President
or Custodian of Records
Poopsenders.com/JD Infinity
2866 W. Bardonner Road
Gibsonia, PA 15044-8319


Produce all records pertaining to any item(s) sent to the below listed address between October 1, 2019 through October 31, 2019:

6780 W. Highland Drive
Grant, MI 49372

For each item or order sent to the above address produce:

The name, physical address, email address, IP address or other contact information identifying the person placing the order(s), the method of payment for such order(s) including a copy of any order form submitted via the internet or by phone.



OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

# CERTIFICATE OF COMPLIANCE

I, _____, _____,
                              *Name*                                *Title*

of _____, certify that the Company

records I provided to _____ are accurate, complete,
                             *Name of Special Agent/Inspector*

and in full compliance with the United States Postal Service Office of Inspector General

Subpoena Duces Tecum dated _____.
                           *Date*

       If the records are not complete, the records as set forth below have not been

produced:

_____

_____

_____

_____

_____
                      *(USE ATTACHMENT IF NECESSARY)*

       The records described above and/or on the attached sheet will be provided by

_____.
      *Date*

                              _____
                                 SIGNATURE OF CUSTODIAN

                              _____
                                      DATE

                              _____
                          SIGNATURE OF SPECIAL AGENT/INSPECTOR
                                        *(If available)*



OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, _____, _____, am custodian of
               *Name*                         *Title*

records or am otherwise qualified to authenticate the records of _____.
                                                               *Company or Business*

I provided the following records to the United States Postal Service Office of Inspector
General pursuant to Subpoena No. <u>201868</u>:

_____

_____

_____

Under Federal Rules of Evidence 803(6) and 902(11), as amended, I certify that the above
records are business records of regularly conducted activity and that I am a custodian or am
otherwise qualified to authenticate these records. I also certify that the records: (1) were
made at or near the time of the occurrence of the matters set forth in the records by a person
with knowledge of those matters or from information transmitted by a person with
knowledge of those matters; (2) were kept in the course of a regularly conducted activity; (3)
were made as a regular practice of the regularly conducted activity; and (4) are the originals
or duplicates of the originals. I make these statements under penalty of perjury.

You can reach me at the below address and phone number:

_____

_____

_____

_____
Signature

_____
Date